AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>WILLIAMS, RICHARD L | **2. Court or Organization**<br><br>U.S. District Court ED/VA | **3. Date of Report**<br><br>05/08/2006 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br>01/01/2005<br>to<br>12/31/2005 |
| **7. Chambers or Office Address**<br><br>Lewis F. Powell, Jr. U.S. Cths<br>1000 E. Main St., Suite 305<br>Richmond, Virginia 23219 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Revocable Trust Agreement dated as of 11/29/05 to hold Scott & Stringfellow Account - Trust #1 |
| 2. Trustee | Revocable Trust Agreement dated as of 11/29/05 to hold Scott & Stringfellow Account - Trust #2 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, RICHARD L | 05/08/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | Virginia Supplemental Retirement/retirement | $ 9,414.95 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, RICHARD L | 05/08/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, RICHARD L | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 4.2% Int. Ptr's Ptrshp in Prop/James City Co. VA | | None | L | U | | | | | |
| 2. Bank of America/Richmond, VA/ Accts | A | Interest | J | T | | | | | |
| 3. Suntrust/Richmond, VA/Acct | A | Interest | J | T | | | | | |
| 4. Revocable Trust #1/Scott & Stringfellow Comprised of: | | | | | | | | | See Notes |
| 5. Bristol Myers Squibb Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 6. Intel Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 7. Int'l Business Mach. (Common Stock) | A | Dividend | K | T | | | | | |
| 8. Microsoft (Common Stock) | A | Dividend | J | T | | | | | |
| 9. Minnesota Mng. Mfg (3M Co.) (Common Stock) | A | Dividend | L | T | | | | | |
| 10. Pepsico (Common Stock) | A | Dividend | | | Gift | 12/22 | J | | ████████ |
| 11. Proctor & Gamble (Common Stock) | A | Dividend | K | T | Partial Gift | 12/22 | J | | ████████ |
| 12. Royal Dutch Petroleum (Common Stock) | A | Dividend | | | Gift | 12/22 | K | | ████████ |
| 13. Suntrust Banks (Common Stock) | B | Dividend | K | T | | | | | |
| 14. Tricon Global Restaurants (YUM brands) (Common Stock) | A | Dividend | J | T | | | | | |
| 15. Verizon Communications (Common Stock) | B | Dividend | K | T | | | | | |
| 16. Capital One Financial (Common Stock) | A | Dividend | K | T | | | | | |
| 17. Johnson & Johnson (Common Stock) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, RICHARD L | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Smucker JM Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 19. Gladstone Capital Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 20. Fairfax Cnty VA WTR Auth 010107 | A | Interest | J | T | | | | | |
| 21. Accomack Cnty Va. G O 121608 | A | Interest | J | T | | | | | |
| 22. Richmond VA MET Auth Expwy Rev ITM 011613 | A | Interest | J | T | | | | | |
| 23. Richmond VA MET Auth Expwy Rev 011513 | A | Interest | J | T | | | | | |
| 24. Harrisonburg VA REDV HSG 071614 | A | Interest | K | T | | | | | |
| 25. Units Tax Exempt Bd FD VA | A | Interest | J | T | | | | | |
| 26. Henrico VA 6.5 060122 | A | Interest | J | T | | | | | |
| 27. Va St Cllg Bld 5.0 090105 | | None | | | Redemp. | 9/1 | J | | |
| 28. Va St RDA-D 6.0 040124 | A | Interest | J | T | | | | | |
| 29. NC St. Med 070133 | A | Interest | J | T | | | | | |
| 30. Fairfax FINL 042612 | A | Interest | K | T | | | | | |
| 31. Va Beach VA VAR 110118 | A | Interest | J | T | | | | | |
| 32. Loudoun VA VAR 080128 | A | Interest | K | T | | | K | | |
| 33. Gen. Mtrs Accept. Corp. | A | Interest | J | T | Buy | 5/11 | J | | |
| 34. Merrill Lynch CMA comprised of | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, RICHARD L | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets ( trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period including | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code.2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Va Beach VA CTFS Partn 05.300% 090105 | | None | | | Redemp. | 9/1 | K | | |
| 36. Norfolk VA Wtr Rev RFDG FSA 110123 | J | Interest | K | T | | | | | |
| 37. Hanover Co VA Indl Dev. Auth Hosp Rev OID MBIA 081525 | J | Interest | | | Redemp. | 10/28 | K | A | |
| 38. VA St Res Auth Wtr&Sys Rev Sussex RF OIL 100125 | J | Interest | K | T | | | | | |
| 39. VA Cmwlth Trns Bd Tmsn Rev Ser C RFDG 051519 | B | Interest | K | T | | | | | |
| 40. VA St Res at INFRA Rev Pooled LN BD 050117 | A | Interest | K | T | | | | | |
| 41. VA Cllge Bldg Auth Wash-Lee MBIA 010126 | A | Interest | K | T | | | | | |
| 42. Arlington Co VA Pub IMPT 02012019 | A | Interest | K | T | | | | | |
| 43. Southeastern Pub. Svc Auth 07012015 | A | Interest | K | T | | | | | |
| 44. Norfolk Va. Cap. Impt. MBIA 03012016 | A | Interest | K | T | Buy | 8/9 | K | | |
| 45. Revocable Trust #2 -Scott & Stringfellow Acct. Comprised of: | | | | | | | | | See Notes |
| 46. Boddie Noell Prop Stock (BNP Residential Prop/Common) | B | Dividend | K | T | | | | | |
| 47. VA ST PUB Bldg. Auth Pub FACS REV Ser A 080105 | A | Interest | | | Redemp. | 8/1 | J | A | |
| 48. Vienna VA Pub Impt G.O. 070107 | B | Interest | K | T | | | | | |
| 49. Alexandria VA Indl Dev Auth Epis HS 010108 | A | Interest | J | T | | | | | |
| 50. Peninsula Ports Auth/VA Res Fac REV RFDG 120107 | A | Interest | K | T | | | | | |
| 51. Changes to 2004 Report: | | | | | | | | | See Notes |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, RICHARD L | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Federal Home Loan Mtg (Common Stock) | A | Dividend | | | Sell | 9/27 | K | C | |
| 53. UPR Occoqn VA 5.0 070121 | | None | | | Sell | 1/2 | J | | |
| 54. Fairfax FNCL 041508 | A | Interest | | | Sell | 4/30 | J | A | |
| 55. Fairfax FNCL | A | Interest | | | Sell | 4/30 | J | A | |
| 56. Teco Energy 070507 | A | Interest | | | Sell | 2/11 | K | A | |
| 57. IDA City/Rich./VA Museum Hist. Soc. 090104 | A | Interest | | | Redemption | 9/1 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, RICHARD L | 05/08/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Entries of new acquisitions have been listed in each brokerage account, not at the end of the report, in order to keep each account together.

Section VII, Lines 4 and 45 - Revocation Trusts created 11/29/05 to hold Scott & Stringfellow accounts.

Section VII, Lines 52-57 - These assets are not reported on the 2005 report because sales/redemption of these assets were inadvertently omitted from 2004 report.

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAMS, RICHARD L | 05/08/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date 5/9/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544